**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

In re: JOSEPH M. VERONI § Case No. 08-72556
      ALICE K. VERONI § 
       §
         Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/08/2008.

2) The plan was confirmed on 01/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 08/28/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 04/29/2013.

6) Number of months from filing or conversion to last payment: 56.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $80,000.00.

10) Amount of unsecured claims discharged without full payment: $25,188.21.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 43,047.06 |
| Less amount refunded to debtor | $ 760.17 |
| **NET RECEIPTS** | $ 42,286.89 |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,586.61 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 6,086.61 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| BALSLEY & DAHLBERG LLP | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| PHH MORTGAGE CORPORATION | Sec | 4,700.00 | 3,662.78 | 3,662.78 | 3,662.78 | 0.00 |
| ASSOCIATED BANK | Sec | 1,000.00 | 3,047.30 | 2,722.00 | 2,722.00 | 133.96 |
| ASSOCIATED BANK | Uns | 0.00 | 0.00 | 111.19 | 111.19 | 20.84 |
| ASSOCIATED BANK | Sec | 1,000.00 | 2,248.00 | 2,248.00 | 2,248.00 | 109.43 |
| ASSOCIATED BANK | Uns | 0.00 | 715.28 | 244.22 | 244.22 | 45.35 |
| WINNEBAGO COUNTY TREASURER | Sec | 787.00 | 787.00 | 787.00 | 787.00 | 75.98 |
| ACCOUNT RECOVERY SERVICES | Uns | 401.85 | 401.85 | 401.85 | 401.85 | 39.95 |
| ACCOUNTS RECEIVABLE | Uns | 169.96 | NA | NA | 0.00 | 0.00 |
| AMCORE BANK, N.A. | Uns | 463.04 | NA | NA | 0.00 | 0.00 |
| AMSHER COLLECTION SERVICES | Uns | 419.69 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 3,174.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 2,241.00 | NA | NA | 0.00 | 0.00 |
| AUBURN ANIMAL CLINIC | Uns | 176.06 | NA | NA | 0.00 | 0.00 |
| CBCS | Uns | 135.59 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 318.82 | NA | NA | 0.00 | 0.00 |
| COMED | Uns | 2,376.40 | 2,486.38 | 2,486.38 | 2,486.38 | 243.93 |
| CREDITORS PROTECTION SERVICE | Uns | 1,567.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DR. SCOTT A. CARTER | Uns | 67.60 | NA | NA | 0.00 | 0.00 |
| DR. THOMAS R. MOSS, D.D.S. | Uns | 104.70 | NA | NA | 0.00 | 0.00 |
| FEDERAL COLLECTIONS, INC. | Uns | 323.34 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Uns | 648.60 | NA | NA | 0.00 | 0.00 |
| LIFEWATCH / CCR | Uns | 84.50 | NA | NA | 0.00 | 0.00 |
| LINCARE | Uns | 1,455.34 | NA | NA | 0.00 | 0.00 |
| MADHAV K. SRIVASTAVA MD | Uns | 42.13 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 701.98 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,428.79 | 3,772.91 | 3,772.91 | 3,772.91 | 370.14 |
| MUTUAL MANAGEMENT SERVICES | Uns | 2,131.82 | 1,499.86 | 1,499.86 | 1,499.86 | 147.17 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,625.17 | 625.00 | 625.00 | 625.00 | 61.42 |
| NCO FINANCIAL SYSTEMS | Uns | 47.29 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 2,068.93 | 474.75 | 474.75 | 474.75 | 47.07 |
| NORMAN COX | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 47.38 | NA | NA | 0.00 | 0.00 |
| PAUL LAW OFFICE | Uns | 1,247.48 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 204.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 1,779.36 | 1,779.06 | 1,779.06 | 1,779.06 | 174.56 |
| RADIOLOGY CONSULTANTS | Uns | 91.03 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE COLLECTION | Uns | 403.94 | NA | NA | 0.00 | 0.00 |
| REVENUE SECURITY SERVICES | Uns | 439.45 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 74.00 | 74.76 | 74.76 | 74.76 | 8.16 |
| ROCK RIVER WATER | Uns | 176.51 | 386.66 | 386.66 | 386.66 | 38.48 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 294.00 | 294.00 | 294.00 | 294.00 | 29.18 |
| ROCKFORD MERCANTILE AGENCY | Uns | 3,979.90 | 3,239.66 | 3,129.77 | 3,129.77 | 317.82 |
| ROCKFORD MERCANTILE AGENCY | Uns | 2,080.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Uns | 153.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL-DISTRIBUTIONS | Uns | 555.70 | 658.47 | 658.47 | 658.47 | 64.69 |
| STATE COLLECTION SERVICE, INC. | Uns | 652.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 2,430.39 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN MEDICAL | Uns | 138.15 | NA | NA | 0.00 | 0.00 |
| THEODORE S INGRASSIA III MD | Uns | 67.68 | 67.68 | 67.68 | 67.68 | 7.44 |
| TODD D. ALEXANDER MD. | Uns | 24.75 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 0.00 | 3,416.71 | 3,416.71 | 3,416.71 | 335.23 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 745.46 | 745.46 | 745.46 | 73.28 |
| CHECK IT | Uns | 0.00 | 92.25 | 92.13 | 92.13 | 9.83 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 79.23 | 79.23 | 79.23 | 8.36 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 2,071.03 | 2,071.03 | 2,071.03 | 284.47 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 831.76 | 831.76 | 831.76 | 116.68 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 326.25 | 326.25 | 326.25 | 46.57 |
| MUTUAL MANAGEMENT SERVICES | Uns | 0.00 | 350.45 | 350.45 | 350.45 | 50.93 |

UST Form 101-13-FR-S (9/1/2009)

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Summary of Disbursements to Creditors:** | | | |
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 3,662.78 | $ 3,662.78 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 5,757.00 | $ 5,757.00 | $ 319.37 |
| **TOTAL SECURED:** | $ 9,419.78 | $ 9,419.78 | $ 319.37 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 23,919.58 | $ 23,919.58 | $ 2,541.55 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 6,086.61 | |
| Disbursements to Creditors | $ 36,200.28 | |
| **TOTAL DISBURSEMENTS:** | | $ 42,286.89 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/22/2013     By: /s/ Lydia S. Meyer
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)